out in *Caley v. Manicke*, 24 Ill.2d 390, as defendant claims, but were in fact, fair comment, and in no way prejudicial to defendant.

We find no substantial merit in numerous other points raised in this appeal and therefore affirm the judgment of the Circuit Court.

Judgment affirmed.

SEIDENFELD and GUILD, JJ., concur.

CHARLOTTE PREWOZNIK, Plaintiff-Appellee, *v.* STANLEY A. DURKA, Defendant-Appellant.

(No. 70-265; 

Second District—September 17, 1971.

Opinion by Mr. JUSTICE GUILD.

Stanley A. Durka, of Watseka, for appellant.

James J. Reagan, of Northbrook, for appellee.